Slip Op. 02-136

UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| ALTOS HORNOS DE MEXICO, S.A. DE C.V., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant, | : | Before: Wallach, Judge |
| | : | Consol. Court No.: 01-00018 |
| and | : | |
| | : | |
| BETHLEHEM STEEL CORPORATION, | : | |
| and UNITED STATES STEEL | : | |
| CORPORATION, | : | |
| | : | |
| Defendant-Intervenors. | : | |
| | : | |

**JUDGMENT ORDER**

Upon consideration of the Department of Commerce's ("Commerce") Final Results of Redetermination Pursuant to United States Court of International Trade Remand Order, Altos Hornos de Mexico, S.A. de C.V. v. United States, et al., Court No. 01-00018 (April 15, 2002) ("Remand Determination"); and pursuant to the telephonic status conference held on Monday, October 7, 2002, with Kermit Alstead, appearing on behalf of Plaintiff Altos Hornos de Mexico, S.A. de C.V.; Lucius B. Lau and Scott McBride appearing on behalf of the United States; and Jennifer Ricardi appearing on behalf of Defendant-Intervenors Bethlehem Steel Corporation and United States Steel Corporation; at which time each party indicated it had not filed comments contesting Commerce's Remand Determination; the Court having reviewed Commerce's Remand Determination and all pleadings and papers on file herein, and good cause appearing therefore, it is hereby

ORDERED that Commerce's Remand Determination is in accordance with this court's Remand Order of April 15, 2002; and it is further

ORDERED that the Final Results of Redetermination Pursuant to United States Court of International Trade Remand Order, Altos Hornos de Mexico, S.A. de C.V. v. United States, et

al., Court No. 01-00018 (April 15, 2002), issued on June 28, 2002, are sustained.

_____
Evan J. Wallach, Judge

Dated:        November 12, 2002
                New York, New York